KAPLAN FOX & KILSHEIMER LLP
William J. Pinilis (WJP2160)
160 Morris Street
Morristown, NJ 07960
Tel: (973) 656-0222
Fax: (973) 401-1114
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN VALLI, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AVIS BUDGET RENTAL CAR GROUP, LLC, and ATS PROCESSING SERVICES, LLC,<br><br>　　　　　　　　Defendant. | Civil Case No. 2:14-cv-06072-CCC-JBC<br><br>ORDER FOR THE *PRO HAC VICE* ADMISSIONS OF ATTORNEYS LAURENCE D. KING, LINDA M. FONG, AND MARC A. WITES |

　　　THIS MATTER having been brought before the Court by way of motion by the Plaintiff, by and through their attorneys, Kaplan Fox & Kilsheimer LLP, seeking to admit Laurence D. King, Esq. and Linda M. Fong, Esq. of Kaplan Fox & Kilsheimer LLP, and Marc A. Wites of Wites & Kapetan, P.A., to appear

and participate in this action *pro hac vice*, and for good cause shown pursuant to L. Civ. R. 101.1(c);

IT IS on this 5th day of November, 2014

ORDERED as follows:

1. Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A. Wites, Esq. are permitted to appear *pro hac vice* for Plaintiff in the above captioned matter pursuant to Local Rule 101.1(c) provided, however, that all pleadings, briefs and other papers filed with the court shall be signed by William J. Pinilis, Esq. a member in good standing of the bar of the Supreme Court of New Jersey and of this Court, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

2. To the extent each has not already done so, Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A Wites, Esq. shall individually pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and pursuant to L. Civ. R. 101.1(c) (2) within twenty (20) days from the date of the entry of this Order;

3.  Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A Wites, Esq. shall make payment of $150.00 each to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order;

4.  Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A. Wites, Esq. shall each be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys;

5.  Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A. Wites, Esq. shall take no fees in any tort cases in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and

6.  Laurence D. King, Esq., Linda M. Fong, Esq., and Marc A. Wites, Esq. have each included a Certificate of Good Standing with their respective Declarations in support of the motions for admission *Pro Hac Vice*, pursuant to the Amendments of Local Civil and Criminal Rules, L. Civ. R. 101.1(c)(1).

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 3] accordingly.

_____
Honorable James B. Clark, III, U.S.M.J.