**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
jstrauss@kaplanfox.com
Aaron L. Schwartz (*pro hac vice*)
aschwartz@kaplanfox.com
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

William J. Pinilis
wpinilis@kaplanfox.com
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114

Laurence D. King (*pro hac vice*)
lking@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**WITES LAW FIRM**
Marc. A Wites (*pro hac vice*)
mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 933-4400

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAWN VALLI and ANTON S. DUBINSKY, on Behalf of Themsleves and All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> AVIS BUDGET GROUP, INC., a Delaware corporation, AVIS BUDGET CAR RENTAL, LLC, AVIS RENT A CAR SYSTEM, LLC, AND BUDGET RENT A CAR SYSTEM, INC., <br><br> *Defendants*. | Civ. Action No. <br> 2:14-cv-06072 (CCC)(JBC) <br><br> **NOTICE OF MOTION FOR CLASS CERTIFICATION** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on October 28, 2019 or as soon thereafter as counsel may be heard, Plaintiffs Dawn Valli and Anton S. Dubinsky ("Plaintiffs") shall move before the Honorable Judge Claire C. Cecchi, United States District Court Judge for the District of New Jersey, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for Class Certification, appointment of Plaintiffs as Class Representatives, and appointment of the undersigned attorneys and firms as Class Counsel. This motion is supported by a Memorandum of Law in Support of Class Certification, and the Declaration of Joel B. Strauss. A proposed Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 78.1(b), Plaintiffs respectfully request that the Court grant oral argument on this motion.

Dated: July 1, 2019                **KAPLAN FOX & KILSHEIMER LLP**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joel B. Strauss

　　　　　　　　　　　　　　　　　Joel B. Strauss
　　　　　　　　　　　　　　　　　jstrauss@kaplanfox.com
　　　　　　　　　　　　　　　　　Aaron L. Schwartz (*pro hac vice*)
　　　　　　　　　　　　　　　　　aschwartz@kaplanfox.com
　　　　　　　　　　　　　　　　　850 Third Avenue
　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　Telephone: (212) 687-1980
　　　　　　　　　　　　　　　　　Facsimile: (212) 687-7714

William J. Pinilis
wpinilis@kaplanfox.com
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114

Laurence D. King (*pro hac vice*)
lking@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**WITES LAW FIRM**
Marc. A Wites (*pro hac vice*)
mwites@witeslaw.com
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 933-4400

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Joel B. Strauss, hereby certify that on Monday, July 1, 2019, I caused a copy of (a) the Notice of Motion; (b) the Memorandum of Law in Support of Plaintiffs' Motion; (c) Declaration of Joel B. Strauss; (d) Plaintiffs' Proposed Order; and (d) this Certificate of Service to be served electronically on all counsel of record through the CM/ECF system.

*/s/ Joel B. Strauss*
Joel B. Strauss
