Aaron M. Bender, Esq.
Jason E. Hazlewood Esq. *(pro hac vice)*
Alison Ross Ellis, Esq. *(pro hac vice)*
**REED SMITH LLP**
*Formed in the State of Delaware*
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Fax (609) 951-0824
*Attorneys for Defendants*

Joel B. Strauss, Esq.
jstrauss@kaplanfox.com
Aaron L. Schwartz (*pro hac vice*)
aschwartz@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Marc. A Wites (*pro hac vice*)
mwites@witeslaw.com
**WITES LAW FIRM**
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 933-4400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN VALLI and ANTON S. DUBINSKY, on Behalf of Themselves and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., a Delaware corporation, AVIS BUDGET CAR RENTAL, LLC, AVIS RENT A CAR SYSTEM, LLC, AND BUDGET RENT A CAR SYSTEM, INC.,<br><br>*Defendants*. | Civ. Action No. 2:14-cv-06072 (JBC)<br><br>**JOINT MOTION TO FILE UNDER SEAL PLAINTIFFS' OCTOBER 3, 2022 REPLY LETTER BRIEF** |

Pursuant to Local Civil Rule 5.3(c)(2), and in accordance with this Court's Letter Order of April 26, 2023 [*DE* 223], Plaintiffs Dawn Valli and Anton S. Dubinsky ("Plaintiffs") and Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, Avis Rent a Car System, LLC, and Budget Rent a Car System, Inc. ("Defendants"), by their respective counsel, have

conferred regarding their disputes set forth in their October 17, 2022 joint motion to file under seal [*DE 214*] (the "Prior Motion to Seal"), and state as follows:

1. The Prior Motion to Seal sought a Court Order sealing certain portions of Plaintiffs' Reply Letter Brief dated October 3, 2022 ("Plaintiffs' October 3, 2022 Reply") [*DE 213*].

2. Through the Prior Motion to Seal, the Parties agreed that Plaintiffs' Opening Letter Brief [*DE 210*] may be unsealed and filed publicly in its entirety.

3. As set forth in Exhibit A to the Declaration of Jason E. Hazlewood, Esq., which was filed with the Prior Motion to Seal ("Hazlewood Decl."), the Parties disputed whether certain of the proposed redactions to Plaintiffs' October 3, 2022 Reply should remain sealed and redacted.

4. The Prior Motion to Seal was administratively terminated by the Court's Letter Order of April 26, 2023 [*DE 223*].

5. The Parties have conferred in good faith to narrow the scope of their disputes regarding the redactions to Plaintiffs' October 3, 2022 Reply.

6. Defendants request that the Court maintain under seal the redactions on Page 2, footnote 4 of Plaintiffs' October 3 2022 Reply, from Page 2, fn 4 from "See, e.g." to the end of the sentence ("Footnote 4 Redaction"), on the basis that Footnote 4 Redaction references, quotes, or identifies Defendants' and/or Defendants' business partners' confidential, proprietary business information. [*See* Hazlewood Decl. ¶¶ 5-9.]

7. Defendants counsel has explained that disclosure of the material contained in the Footnote 4 Redaction would harm Defendants' and/or Defendants' business partners' business relationships, future contract negotiations and ability to compete, and that this information

cannot be protected unless certain sections are redacted from public version.

8. Redacting portions of brief is less restrictive than sealing the entire document.

9. Plaintiffs take no position as to the Footnote 4 Redaction.

10. Defendants agree to withdraw the request for sealing the following portions of the Plaintiffs' October 3, 2022 Reply:

    a. Page 2, after "Budget brands" to the end of the paragraph;

    b. Page 2, fn 6 in its entirety;

    c. Page 3, "although" to "Defendants"; and

    d. Pages 4-5 "ABG (ii) emails from an" to the end of the paragraph.

11. Accordingly, Defendants respectfully move this Court to Order the sealing of the Footnote 4 Redaction to Plaintiffs' October 3, 2022 Reply. A proposed Order is submitted with this Joint Motion.[1]

Respectfully submitted,

Dated: May 25, 2023

By: /s/ Aaron M. Bender
Aaron M. Bender
abender@reedsmith.com
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Fax (069) 951-0824

Jason E. Hazlewood (*pro hac vice*)
jhazlewood@reedsmith.com
Reed Smith Center
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131

Alison Ross Ellis (*pro hac vice*)
aellis@reedsmith.com

---

[1] Plaintiffs only join this motion because it is required by Civ. Loc. R. 5.3. Plaintiffs take no position as to Defendants' sealing request concerning the Footnote 4 Redaction.

        Riverfront Plaza – West Tower
        901 E. Byrd Street, Suite 1900
        Richmond, VA 23219
        Telephone: 804-344-3410

        *Attorneys for Defendants*

Dated: May 25, 2023        By: */s/ Joel B. Strauss*
        Joel B. Strauss
        jstrauss@kaplanfox.com
        Aaron L. Schwartz (*pro hac vice*)
        aschwartz@kaplanfox.com
        **KAPLAN FOX & KILSHEIMER LLP**
        800 Third Avenue
        New York, New York 10022
        Telephone: (212) 687-1980

        William J. Pinilis
        wpinilis@kaplanfox.com
        160 Morris Street
        Morristown, New Jersey 07960
        Telephone: (973) 656-0222
        Facsimile: (973) 401-1114

        Marc A. Wites (*pro hac vice*)
        mwites@witeslaw.com
        **WITES LAW FIRM**
        4400 N. Federal Highway
        Lighthouse Point, FL 33064
        Telephone: (954) 933-4400

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Aaron M. Bender, hereby certify that on May 25, 2023, I caused a copy of (a) the foregoing Motion, (b) the Proposed Order, and (c) this Certificate of Service to be served electronically on all counsel of record through email and the Court's CM/ECF system.

                                                          */s/ Aaron M. Bender*
                                                         Aaron M. Bender