UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN VALLI and ANTON S. DUBINSKY, on Behalf of Themselves and All Others Similarly Situated,<br><br>          *Plaintiffs*,<br><br>    vs.<br><br>AVIS BUDGET GROUP, INC., a Delaware corporation, AVIS BUDGET CAR RENTAL, LLC, AVIS RENT A CAR SYSTEM, LLC, AND BUDGET RENT A CAR SYSTEM, INC.,<br><br>          *Defendants*. | Civ. Action No. 2:14-cv-06072 (JBC)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' MOTION TO SEAL PLAINTIFFS' OCTOBER 3, 2022 REPLY LETTER BRIEF** |

**THIS MATTER** having come before the Court upon the Parties' Joint Motion to File Under Seal Plaintiff's October 3, 2022 Reply Letter Brief, and having considered the papers filed in connection therewith and for good cause shown, **IT IS HEREBY ORDERED** on this _____ day of _____, 2023 that:

1. Plaintiffs Reply Brief is to be redacted as follows: Page 2, footnote 4 of Plaintiffs' October 3 2022 Reply, from Page 2, fn 4 from "See, e.g." to the end of the sentence.

2. The Clerk is directed to maintain this document accordingly.

_____
Honorable James B. Clark, III, U.S.M.J.