**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 30, 2023

**LETTER ORDER**

Re:   **Valli v. Avis Budget Rental Car Group, LLC et al.**
      Civil Action No. 14-6072 (JBC)

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1. Plaintiff shall submit a letter to the Court **not to exceed three (3) pages** no later than **November 6, 2023** regarding a request to file a motion for partial summary judgment forthwith. Defendant shall respond with a letter of similar length no later than **November 10, 2023**.

2. Discovery is stayed pending further order of the Court.

3. The Court will conduct a telephone status conference with the parties on **February 15, 2024 at 10:00 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**