**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

December 4, 2024

## LETTER ORDER

Re:   **Valli, et al. v. Avis Budget Rental Car Group, LLC, et al.**
      **Civil Action No. 14-6072 (JBC)**

Dear Counsel,

In light of Defendants' appeal [*see* Dkt. No. 268], the telephone status conference scheduled with the parties in this matter on **December 5, 2024 at 11:00 AM** is adjourned to **February 20, 2025 at 11:00 AM**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**