UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3025
_____

DAWN VALLI; ANTON S. DUBINSKY, on behalf of herself and all others similarly situated,

v.

AVIS BUDGET GROUP INC, A Delaware Corporation; AVIS RENT A CAR SYSTEM, LLC; AVIS BUDGET CAR RENTAL LLC; BUDGET RENT A CAR SYSTEM, INC.,
Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 2:14-cv-06072
Magistrate Judge: Honorable James B. Clark III.
_____

Argued September 16, 2025

Before: RESTREPO, McKEE, and SMITH, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on September 16, 2025. On

1

consideration whereof, it is now hereby ADJUDGED and ORDERED that the order of the District Court entered September 30, 2024, be and the same is hereby VACATED and this matter is REMANDED for further proceedings.  Costs taxed to the Appellees.  All of the above in accordance with the opinion of this Court.

                                          ATTEST:

                                          s/ Patricia S. Dodszuweit
                                          Clerk

Dated: December 16, 2025